**JULY 15, 1957**

A. R. D. 79. —*United States* v. *Dan Brechner, Jacob Brechner, Joseph Brechner, Herbert Brechner, a co-partnership doing business under the name and style of Dan Brechner & Co.* Entered at New York, N. Y. A. R. D. 71. Motion by appellant.

**JULY 26, 1957**

A. R. D. 80.——*Dominick Butti* v. *United States*. Entered at New York, N. Y. A. R. D. 73. Motion by appellee.